motion is denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BENJAMIN BARKIN, Respondent, v. SAUL BRYNES, Trading as S. BRYNES & COMPANY, Appellant.— Motion to dismiss both appeals denied upon condition that appellant perfect both appeals for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BENJAMIN BARKIN, Respondent, v. SAUL BRYNES, Trading as S. BRYNES & COMPANY, Appellant.— Motion for stay granted upon condition that appellant perfect both appeals for the November term (for which term they are set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. If both appeals are perfected and ready for argument at the November term, the stay is continued until both are decided. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

SALVATORE BATTAGLIA, Respondent, v. CARMELO MAZZA and Others, Appellants. — Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FREDERICK WILLIAM BERLIN, Respondent, v. META KOCH BERLIN, Appellant. — Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BEDERO REALTY CORPORATION, Appellant; KATHERINE FREEDMAN and Others, etc., Plaintiffs, v. VIC SPEVACK, Individually, etc., and Another, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

GISELLA BIRO, Respondent, v. SALVATORE LEMBO, Defendant; PALC HOLDING AND DEVELOPING Co., INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

KARL BIRO, Respondent, v. SALVATORE LEMBO, Defendant; PALC HOLDING AND DEVELOPING Co., INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ALFRED H. BLUMBERG and MILTON L. BLUMBERG, Respondents, v. 4602 FOURTEENTH AVENUE CORPORATION and Others, Defendants, and LIGHTOLIER COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FRANK E. BOSWORTH, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

REBECCA G. BOWEN, Respondent, v. ALPHONSUS L. POOLE and Others, Defendants; SAMUEL GOLDINGER and PHILIP KANTER, Assignees of TRACHSON BUILDING